**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*if known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Lisa<br>First name<br>Elaine<br>Middle name<br>Lewis<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Lisa<br>First name<br>Elaine<br>Middle name<br>Lewis<br>Last name<br><br>Lisa<br>First name<br>Elaine<br>Middle name<br>Lewis<br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 8 3 0<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 11 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - KM

Debtor 1    Lisa    Elaine  Lewis

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |
| **5. Where you live** | 6225 S. Woodlawn<br>Number    Street<br><br>Unit 2N<br><br>Chicago               IL    60637<br>City               State  ZIP Code<br><br>Cook<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State  ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State  ZIP Code<br><br>_____<br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

Debtor 1   <u>Lisa   Elaine   Lewis</u>
         First Name   Middle Name   Last Name

Case number (*if known*)_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                                    MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                                    MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Lisa    Elaine  Lewis**
     First Name    Middle Name    Last Name

Case number *(if known)*_____

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number        Street

_____

_____
City                                    State        ZIP Code

---

Debtor 1  __Lisa__   __Elaine__ __Lewis__                    Case number *(if known)*_____
          First Name   Middle Name   Last Name

---

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☑ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

  ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

  ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy

**Lisa Elaine Lewis**

**Attachment to Official Form 101**

**Re: Part 5, question 15**

I have certified on Official Form 101 that "I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request and exigent circumstances merit a 30 day temporary waiver of the requirement," due to the following:

**Exigent Circumstance to file:**

A creditor has filed suit with an imminent court date for a forcible entry and possession (eviction judgement) despite a partial payment of the demand being made and a proposal submitted to pay the debt in full.

The proposal was requested by the creditor's attorney without a specific due date and it was my intention to submit it as soon as possible. Unfortunately, I experienced a verifiable medical emergency that delayed my anticipated submission of the proposal, but it has since been submitted. However, the attorney for some reason has ceased communication without providing his client's disposition despite my request.

(The debt is due to lapsed assessment payments to my condo association; not past due rental payments.)

**Efforts to obtain briefing and certificate:**

Upon making the difficult decision to pursue the protections provided under a Chapter 13 filing to fulfill my desire to repay the debt to my debtor and to not lose my home to the association, I made the following efforts to obtain the briefing and the certificate:

- I selected an approved agency for my area from the list provided on the Court's website and proceeded to pay for and complete an online course. Upon completion of the online course I received a message that I needed to complete the briefing with a counselor via phone during business hours, which for all intents and purposes was reasonable.

  However, much to my dismay upon calling the number to complete the briefing and to receive the certificate to submit with my filing, I was told that there was no record of me having taken the online course.

  After considerable back and forth it appeared as if the agency I had actually registered with was a filter of some sort because I ended up with a different agency entirely and was told I would need to pay (again) to take their pre-filing course. Somehow the calls from the first agency were being diverted to this other agency. I chose not to proceed to take the course offered by this agency because I was not sure if they were perpetuating the ruse or a victim the same as I.

**Lisa Elaine Lewis**

**Attachment to Official Form 101**

**Re: Part 5, question 15**

Additionally, already being in dire financial straits and needing to file right away, I thought it best to try and find a different agency. The one I selected that is in IL and has in-person appointments is booked for several weeks, hence my request for a temporary waiver.

I have attached the following documents to support my request:

- copies of the information provided by the possible bogus agency
- the page on which the agency appears on the list
- the line on my bank statement that shows the pending charge from the apparent bogus agency
- a copy of the website for the agency that I was diverted to
- the page of the list of the agency where I plan to schedule an in person appointment

I hope you concur that the information provided herein is sufficient grounds for a temporary waiver of presenting the certificate with the petition.

115 North Cross Street
Robinson, IL  62454
877-544-5560

Delivery Method:

Internet:         www.hananwill.com

Telephone:        877-544-5560

## InCharge Debt Solutions                              www.PersonalFinancialEducation.com

Main Address:

5750 Major Blvd
Suite 300
Orlando, FL  32819
866-729-0049

Delivery Method:

Internet:         www.personalfinancialeducation.com    English and Spanish

Telephone:        1-866-729-0049                         English and Spanish

## Institute for Consumer Credit Education               www.icceillinois.org

Main Address:

16335 South Harlem Avenue
Suite 400
Tinley Park, IL  60477
708-633-6355

Delivery Method:

Telephone:        800-431-1082

## iPayDebt Financial Services, Inc. d/b/a Cornerstone Financial Education    www.csfedu.org

Main Address:

3011 North Lamar Boulevard
Austin, TX  78705
800-336-1245

Delivery Method:

Internet:            www.csfedu.org

Internet/Telephone:  www.csfedu.org / 800-336-1245

## Money Management International, Inc.                   www.moneymanagement.org

Main Address:

14141 Southwest Freeway
Suite 1000
Sugar Land, TX  77478-3494
(877) 964-2227

Delivery Method:

Internet:         www.moneymanagement.org               English and Spanish

Telephone:        (877) 964-2227                         English and Spanish

## MoneySharp Credit Counseling Inc.                      www.moneysharp.org

Main Address:

1916 N. Fairfield Avenue
Suite 2
Chicago, IL  60647
866-200-6825

receipt



Close Window

## Money Management International thanks you for your business!

This is an official receipt for your transaction. Please print this for your records.

| Client Name: | Lisa Lewis |
|---|---|
| SSN: | xxx-xx-3830 |
| **Course Registration** | |
| **Credit counseling** | **Debtor Education** |
| Registered | Not Paid |

*Lisa Lewis*

*Message package for briefing*

**Money Management**
INTERNATIONAL

Bankruptcy
Certification
Course

HOME | MY ACCOUNT | PERSONAL INFO | CALL US

LOGOUT

## Client Account - Lisa Lewis

*Screen at end of course*

**Course 1 Status:**        **Completed, no certificate**

Congratulations! You have completed the content of course 1.
Please finish the certification process by calling and speaking
with one of our counselors.

| REVIEW |

**Course 2 Status:**        **Not Registered**

You have not yet registered for course 2.

Course 2 is a debtor education course intended for individuals
after filing for bankruptcy.

| REGISTER |

© 2015 Money Management International
14141 Southwest Freeway, Suite 1000, Sugar Land, TX
Member of the National Foundation for Credit Counseling

Home | Lisa's Home | Add to Favorites | Privacy Policy | Terms & Conditions



*website into with Phone #*

LOGOUT

Bankruptcy Certification Course

HOME | MY ACCOUNT | PERSONAL INFO | CALL US

## Call MMI about this website

### About MMI

Money Management International (MMI) is the largest nonprofit, full-service credit counseling agency in the United States. Since 1958, we have been helping consumers find the financial tools and solutions they need to achieve financial freedom.

MMI was one of five agencies approved by EOUST in 2005 to provide bankruptcy counseling and education and offers a number of benefits, including:

- **Availability** - Online counseling and education services are available 24 hours a day, 7 days a week. Counselors are available by phone from Monday - Thursday 10.00AM - 10.00PM (CST), Friday 10:00AM - 6:00PM (CST), Saturday and Sunday 12:00PM - 4:00PM (CST) - excluding major holidays. Education by phone is offered Monday - Saturday.
- **Speed and convenience** - Immediate certificate delivery by fax, email, or mail.
- **Reliable customer service** - NFCC and FCRA certified counselors and a dedicated attorney relations team committed to making your experience positive.

### Fee Structure

|  | Online | Phone |
|---|---|---|
| Pre-Filing Counseling | $50.00 | $50.00 |
| Pre-Discharge Education | $50.00 | $50.00 |
| Pre-Discharge Education Video | $50.00 |  |

### Get Started

*# called but diverted*

Get information and start counseling: 877.895.2227

Speak with the attorney relations team: 877.833.1743

### MMI Locations and Information

**MMI Headquarters:**
Money Management International
14141 Southwest Freeway, Suite 1000
Sugar Land, TX, 77478-3494
866.889.9347

MoneyManagement.org

For more information about MMI's bankruptcy counseling and education services as well as other financial solutions and tools, visit Services.MoneyManagement.org.

*LISA LEWIS*

Home    Attorneys    Consumers    Courses    FAQs    Contact Us

Login to DECAF

username

forgot password?    Log In



*agency diverted to*
*Via Phone # to*
*original agency*

No matter where you are in the process, we'll walk you through it, every step of the way. We're here to help.

**Sign Up Free!**

We're experts at facilitating the needs of bankruptcy attorneys and their clients. Set up a no-cost, no-obligation attorney account today.

**Sign Up Free!**

### No, I have not

**Course 1:** Before filing

Before you can file, you must complete a credit counseling course from an approved agency*, like us.

### Yes, I have

**Course 2:** After filing

After you file, and before your debts can be discharged, you must complete a financial education course from an approved agency*, like us.

## 24/7 LIVE Counselor Service

### Your first step to a fresh start begins here. Call us at 1-866-859-7323.

We are an approved provider*, we provide quality unbiased counseling assistance, and we're here to help. Online and phone courses, as well as counselors and technical support, are available 24/7.
*Approval does not endorse or assure the quality of a provider's services.

Sign Up Now    Take Course 1    Take Course 2    Fresh Start!

### Why Choose BKcert?

Course 1 and Course 2 are offered through BKcert, a U.S. Trustee approved agency*.

- Unparalleled expertise
- Unbiased counseling
- Unrivaled convenience
- Couples filing jointly can complete courses together, at no additional charge

### What Is DECAF?

Debt Education & Certification Foundation (DECAF) provides credit counseling certificates as required before filing for bankruptcy and Debtor Education courses to be completed after filing.

### Contact Us

1-866-859-7323
DECAF
112 Goliad Street
Benbrook, TX 76126-2009
additional contact information »

© 2006 - 2015 DECAF    Home | Privacy Policy / Terms & Conditions | Contact Us




Lisa Lewis

*Proof of payment*
*submitted to cover*
*course*

**Chase Online**

# Activity for ....    CHASE CHECKING (...7592) ▾

## Details for CHASE CHECKING (...7592)

Present Balance                                    ($186.48)
Available Balance                                  ($186.48)

See full account number

Overdraft Features                    Show details
## Transaction Results (1 - 32) for CHASE CHECKING (...7592)    Next

All Transactions ▾    **View checks by check number | Search Transactions**

| Date | Type | Description | Debit | Credit | Balance |
|------|------|-------------|-------|--------|---------|
| Pending | Misc. Debit | POS DEBIT MONEY MANAGEMENT INT'L HO USTON TX | $50.00 | | |
| 12/07/2015 | Fee | INSUFFICIENT FUNDS FEE FOR A $143.03 R ECURRING CARD PURCHASE - DETAILS: 12 07VZWRLSS*APOCC VISN 800-922-0204 CA 04833130006150650 | $34.00 | | ($136.48) |

| Debtor 1 | Lisa | Elaine | Lewis | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on 12/11/2015
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1    **Lisa    Elaine  Lewis**
           First Name    Middle Name    Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____          Date _____

Signature of Attorney for Debtor                                  MM  /  DD  / YYYY


_____

Printed name

_____

Firm name

_____

Number    Street

_____

_____

City                                                    State        ZIP Code


Contact phone _____          Email address _____


_____

Bar number                                       State

---

Official Form 101              Voluntary Petition for Individuals Filing for Bankruptcy                    page 7

Debtor 1  <u>Lisa      Elaine    Lewis</u>
First Name    Middle Name    Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**✗** _(signature)_                        **✗** _____
Signature of Debtor 1                        Signature of Debtor 2

Date  12/11/2015                             Date  _____
      MM / DD / YYYY                               MM / DD / YYYY

Contact phone  (773) 241-4150               Contact phone  _____

Cell phone  same                            Cell phone  _____

Email address  lel1029@hotmail.com          Email address  _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

    LISA ELAINE LEWIS

       Debtor (s)

Case No.

Chapter  13

List of Creditors

| | |
|---|---|
| Greenway Park Condo Assoc. care of Kovitz Shitrin Nesbit 175 North Archer Mundelein, IL 60060 | |
| Com Ed care of Credit Collection Services 725 Canton St. Norwood, MA 02062 | |
| Associated Allergists Care of Certified Services, Inc. P.O. Box 177 Waukegan, IL 60079 | |
| ADT Security Services care of Trans world Systems Inc. 507 Prudential Road Horsham, PA 19044 | |
| Capital One Services, LLC P.O. Box 302 85 Salt Lake City, UT 84130 | |

Debtor/Joint Debtor's Name: Lisa Elaine Lewis

| | |
|---|---|
| PLS Financial Solutions of IL, Inc.<br>337 S. Franklin<br>Chicago. IL 60606 | |
| Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |